

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2014

No. 04-13-00720-CV

Marilyn **STEWART,**
Appellant

v.

**THE CITY OF SAN ANTONIO,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09344
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On October 1, 2013, the trial court signed a permanent injunction authorizing the City of San Antonio to demolish the structure at 1010 Denver, San Antonio, Texas. On October 17, 2013, appellant filed a notice of appeal and affidavit of indigence. The trial court clerk contested the affidavit, stating that appellant is not indigent and is capable of paying all costs and fees for this appeal. The City of San Antonio also contested the affidavit, asserting that appellant was not entitled to a free record because her appeal is frivolous. The appeal was abated to the trial court for a hearing on the contest, and the trial court determined the appeal to be frivolous. On April 30, 2014, this court affirmed the trial court's order and ordered appellant to file written proof with this court by May 15, 2014, that she had paid or made arrangements to pay the fee for the preparation of the clerk's record and reporter's record for this appeal.

On May 14, 2014, the trial court clerk filed a notification of late record stating that appellant had "made a payment arrangement, with the first payment of $10.00 to be paid on or around May 28, 2014." At the top of the notification of late record, appellant added a handwritten note stating, "This is proof of payment arrangement for the clerk's record." The trial court clerk informed this court that the total cost of the clerk's record would be $80.00. Because the notification of late record and the appellant's note did not provide this court with sufficient information to determine whether a satisfactory arrangement had been made to pay the fees for preparing the clerk's record and reporter's record, appellant was ordered to provide the court with specific dates when all of the fees for the clerk's record and reporter's record would be paid.

On May 23, 2014, appellant filed a letter stating that she intended to pay $10.00 every two weeks until the fees are paid in full. The court reporter has informed this court that the fee for preparing the reporter's record will be approximately $500.00. Given the approximate total fees of $580.00, this court has determined that the payment of $10.00 every two weeks does not constitute "satisfactory arrangements" for the payment of the fees. *See* TEX. R. APP. P. 35.3(a)(2), (b)(3). It is therefore ORDERED that appellant provide written proof that she has paid the total amount of the fees no later than July 1, 2014. If appellant does not provide written proof that the fees have been paid in full by July 1, 2014, this appeal will be dismissed. *See* TEX. R. APP. P. 37.3(b).

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2014.

Keith E. Hottle
Clerk of Court